IN THE UNITED STATES COURT OxF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-60809
Summary Calendar
_____

RONALD PIERRE JOSEPH,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

Respondent.

- - - - - - - - - -
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A28-894-857
- - - - - - - - - -
September 17, 1998

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[1]

Petitioner Ronald Pierre Joseph appeals the Board of Immigration Appeals (BIA) decision dismissing his appeal of the immigration judge's decision to deny asylum and withholding of deportation.  We have reviewed the record and the briefs and find that the BIA's decision was supported by substantial evidence.  Gomez-Mejia v. INS, 56 F.3d 700, 702 (5th Cir. 1995).  Joseph's request that this appeal be held in abeyance pending the BIA's decision on his motion to reopen is DENIED.

_____

[1]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.